FILED
DEC 15 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____OCA_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| HUDSON SPECIALITY INSURANCE COMPANY, <br> Plaintiff, <br><br> v. <br><br> WIDE OPEN PRODUCTION SERVICES, LLC, <br> Defendant. | Civil Action No. <br> DR-20-CV-037-AM/VRG |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 31, 2020, the Plaintiff filed a notice of dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendant are **DISMISSED WITHOUT PREJUDICE** as set forth in the notice. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that the Clerk shall close the above-captioned cause.

SIGNED and ENTERED on this 15th day of December, 2020.

_____
ALIA MOSES
United States District Judge