# United States District Court

## Western District of Texas

HUDSON SPECIALITY INSURANCE COMPANY,
Plaintiff,

v.

WIDE OPEN PRODUCTION SERVICES, LLC,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-20-CV-037-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the Plaintiff's claims asserted in this suit against the Defendant are DISMISSED WITHOUT PREJUDICE as set forth in the notice. Each party shall bear its own costs and fees. IT IS FURTHER ORDERED that all motions pending in the instant action be DENIED as moot.

12/15/2020
Date

Jeannette J. Clack
Clerk

*L. Sanchez*
(By) Deputy Clerk